UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

DARYL JACKSON,

                Plaintiff,        07 Civ. 9390 (WHP)

      -against-              ORDER REFERRING CASE
                                  TO MAGISTRATE JUDGE
ACTING SUPT. MARK BRADT,

                Defendant.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/13/07

       The above entitled action is referred to the Clerk of the Court for assignment to a Magistrate Judge. The purpose(s) for reference is/are the following:

| | | | |
|---|---|---|---|
| ___ | General Pretrial (including scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositve Motion/Dispute* _____ _____ | ___ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose:_____ |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | _X_ | Habeas Corpus |
| ___ | Settlement* | ___ | Social Security |
| ___ | Inquest After Default/Damages Hearing | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion:_____ All such motions: ___ |

==========================================================================

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED: December 10, 2007
        New York, New York

                                                             UNITED STATES DISTRICT JUDGE
                                                             WILLIAM H. PAULEY III

*Copies mailed to:*

Mr. Daryl Jackson
03-A-0777
Elmira Correctional Facility
P.O. Box 500
Elmira, NY 14902
*Plaintiff Pro Se*

Hon. Andrew J. Peck