RECEIVED
FEB 29 2008
CHAMBERS OF
ANDREW J. PECK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 2/29/08

Daryl Jackson
Elmira Correctional Facility
Box: 500
Elmira N.Y. 14902
I,D.# 03-A0777
LOC: E-1-8

Hon: Andrew J. Peck
United States Magistrate
Southern District of New York
500 Pearl street, Room#1370
New York, N.Y. 10007

Date: Febraury 25,2008

Re:Daryl Jackson v. Bradt
07-CV-9390 (WHP)(AJP)

Dear Hon.Andrew J Peck,

On December 19,2007, you sent Petitioner a ORDER in reference to his Writ of Habeas Corpus, under the above docket number above on page#2 of said ORDER you stated,

ORDERED,that respondent shall file a complete and entire answer to the petition by Febraury 19, 2008, and that any request for and extention should be made to the undersigned and it is further

However the Attorney General sent to me :Respondent's Memorandum of Law in Opposition for a Writ of Habeas Corpus and Declaration in Opposition to Petition For a Writ of Habeas Corpus, on Febraury 19,2008! The PEtitioner needs time to respond to the above and Petitioner needs to have a extention of time. there has not been any previous request for a extention of time, not to omit that the date that was originally schedule for Febraury19,2008 but being the Attorney General chose not to respond until that date the Petitioner is burdened with not having the opportunity to request a extention 48 hours before the schedule date and Petitioner ask that he be giving a extention of time , so I could be able to prepare his Traverse and file it presentable. I now close this letter hoping to recieve positive response from you.

THANK YOU!

MEMO ENDORSED 2/29/08

Time for Jackson's Traverse extended to 3/21/08.

SO ORDERED:

Hon. Andrew Jay Peck
United States Magistrate Judge

Copies: All Counsel, Judge Pauley

C.C.

Andrew Coumo
Attorney General
120 Broadway
New York, N.Y. 10271

Sincerely,

Mr. Daryl Jackson

# FAX TRANSMITTAL SHEET



**ANDREW J. PECK**
**UNITED STATES MAGISTRATE JUDGE**
**UNITED STATES DISTRICT COURT**
**Southern District of New York**
**United States Courthouse**
**500 Pearl Street, Room 1370**
**New York, N.Y. 10007-1312**

**Fax No.:** (212) 805-7933
**Telephone No.:** (212) 805-0036

**Dated:** February 29, 2008 **Total Number of Pages:** 2

| TO | FAX NUMBER |
|---|---|
| Leilani Rodriguez, Esq. | 212-416-8010 |
| | |
| | |

## TRANSCRIPTION:

**MEMO ENDORSED 2/29/08**

**Time for Jackson's Traverse extended to 3/21/08.**

**Copies to:** Daryl Jackson (Mail)
Judge William H. Pauley III