USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 3/27/08

Daryl Jackson #03A0777
Elmira Correctional Facility
PO Box 500
Elmira, NY 14902-0500

RECEIVED
MAR 2 / 2008

March 24, 2008

Andrew J. Peck
Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

RE: 07-CV-9390(WHP)(AJP)

Your Honor:

One of the issues that were raised in the Federal writ of Habeas Corpus, under the above docket number, was the altered video tape that was used at trial. Petitioner would like to submit the video tape as part of the court record, which will support the altered video tape issue in his claim. It would be appreciated if you would grant this request. (see attached).

Respectfully submitted,

Daryl Jackson

Daryl Jackson

cc

MEMO ENDORSED 3/27/08

Approved.

SO ORDERED:

Hon. Andrew Jay Peck
United States Magistrate Judge

Copies: All Parties/Counsel
Judge Pauley

*PRO SE* OFFICE

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
DANIEL PATRICK MOYNIHAN UNITED STATES COURTHOUSE
500 PEARL STREET, ROOM 230
NEW YORK, NEW YORK 10007

**J. MICHAEL McMAHON**
CLERK OF COURT

Date: 4/5/07

Dear Litigant:

I am writing regarding the enclosed letter, dated March 20, 2007, which was received in the *Pro Se* Office on March 23, 2007. Please be advised that the Court does not generally accept videotapes as exhibits. In order to include a videotape as part of your papers you must have permission from your judge. Because you have not filed your petition for a writ of habeas corpus, you will have to wait until your petition is assigned a docket number and judge. Once this has happened you may bring the matter of including the videotape as part of the Court's record before your judge. An alternative to requesting permission from the judge is to wait for the respondent to file the official state court transcripts of the proceedings of your state case. It may be the case that the contents of the videotape will be made part of the record during this process.

I hope this information is of assistance to you. Should you have any further questions, you may contact this Office by telephone during our normal business hours, 8:30 a.m. - 5:00 p.m., Monday-Friday (except federal holidays). Please note that we cannot accept collect calls.

Sincerely,
[signature]
*Pro Se* Clerk
(212) 805-0175

rev. 7/03

# FAX TRANSMITTAL SHEET

**ANDREW J. PECK**
**UNITED STATES MAGISTRATE JUDGE**
**UNITED STATES DISTRICT COURT**
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.: (212) 805-7933
Telephone No.: (212) 805-0036

**Dated:** March 27, 2008 **Total Number of Pages:** 3

| TO | FAX NUMBER |
|---|---|
| Leilani Rodriguez, Esq. | 212-416-8010 |
| | |
| | |

## TRANSCRIPTION:

**MEMO ENDORSED 3/27/08**

**Approved.**

**Copies to:** Daryl Jackson (Mail)
Judge William H. Pauley III