UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DARYL JACKSON
_____

_____
*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

07 Civ. 9390 (WHP) (AJP)

-against-

MARK BRADT, Superintendent, Elmira
~~Correctional Facility~~
_____
_____
_____
_____
*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

**APPLICATION FOR THE COURT TO REQUEST COUNSEL PURSUANT TO 18 U.S.C. § 3006A(g)**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/5/2008

1. Name of applicant. Daryl Jackson

2. Explain why you feel you need a lawyer in this case. (Use additional paper if necessary)

   (See attached)

3. Explain what steps you have taken to find an attorney and with what results. (Use additional paper if necessary)

4. If you need a lawyer who speaks in a language other than English, state what language you speak:

   N/A

5. I understand that if a lawyer volunteers to represent me and my lawyer learns that I can afford to pay for a lawyer, the lawyer may give this information to the Court.

6. I understand that if my answers on my Request to Proceed *In Forma Pauperis* are false, my case may be dismissed.

7. **I declare under penalty of perjury that the foregoing is true and correct.**

Dated: March 13, 2008

Signature: [signed] 03A0777

*Rev. 07/2007*

Application denied.
SO ORDERED:

[signed]
WILLIAM H. PAULEY III U.S.D.J.
5/28/2008