Daryl Jackson
Elmira Correctional Facility
Box 500
Elmira, N.Y. 14902
I.D# 03A0777
Loc: SHU 1-5

Hon. William H. Pauley III
Southern District of New York
500 Pearl St. Rm# 2210
New York, N.Y. 10007

Date: May 4, 2008

Re: 07-CV-9390 (WHP)(AJP)

Dear Sir:

I'm asking for a extention of time to file objections of the Report and Recommendations of Magistrate Judge Andrew J. Peck in reference to the Traverse of my Writ of Habeas Corpus. The prison I'm in has been close now for on-going gang violence amongst gangs here. All movement has stop, the Law Library has been and will remain closed until the entire jail is search. I need a extention of time to file my objections on this matter. I have not ask for a previous extention on filing my objections and I'm asking now. Mail is being pick up by the C.O.'s here, so the mail is back up. Please grant me a extention for this matter. I await a prompt response.

Thank you for your time & understanding!

*Application granted. Plaintiff shall serve and file any objections by 7/1/2008.*

SO ORDERED:
[signature] Pauley
6/4/2008

Sincerely,
Mr. Daryl Jackson